**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

JOE HAND PROMOTIONS, INC.,

No. C 10-02059 CRB

12

Plaintiff,

**JUDGMENT**

13

v.

14

HUNG VI LU, et al.

15

Defendants.

16

_____/

17

The Court, having granted Plaintiff's Motion for Default Judgment, hereby enters

18

judgment for Plaintiff and against Defendants.

19

**IT IS SO ORDERED.**

20
21
22

Dated: October 18, 2010

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

G:\CRBALL\2010\2059\judgment.wpd