IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>HUNG VI LU, et al.<br><br>    Defendants.<br>_____/ | No. C 10-02059 CRB<br><br>**ORDER AMENDING JUDGMENT** |

       On October 18, 2010, the Court granted Plaintiff Joe Hand Promotions. Inc.'s Motion for Default Judgment, and entered judgment for Plaintiff. See dckt. nos. 18 and 19. Plaintiff's Notice of Application and Application for Default Judgment by the Court had stated that "Plaintiff also seeks recovery of its attorneys' fees and relevant costs incurred as provided for pursuant to 47 U.S.C. Section 605, *et seq.*" See dckt. no. 14. However, Plaintiff had not submitted its fees and costs to the Court at the time judgment was entered, and so no award of fees and costs was included in the Court's Order.

       The Court has now received the Declaration of Plaintiff's Counsel Regarding Attorneys' Fees and Costs. See dckt. no. 20. Construing Plaintiff's Declaration as a motion to alter or amend the judgment under Fed. R. Civ. P. 59, that motion is GRANTED. Good cause appearing therefor, the Court amends its October 18, 2010 Order on Motion for Default Judgment in this case, see dckt. no. 18, to include an award of $1,105 in costs and

$1,871.85 in fees to Plaintiff's counsel, per 47 U.S.C. § 605(e)(3)(B)(iii).  This amount is to be added to the $7,925 already awarded to Plaintiff (consisting of $1,000 in statutory damages and $6,000 in enhanced damages for the section 605 claim, and $925 for conversion).

**IT IS SO ORDERED.**



Dated: October 29, 2010          CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE