1
2
3
4
5
6
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  JOE HAND PROMOTIONS, INC.,          )      CASE NO. C 10-02059-CRB
                                        )
12            Plaintiff,                )
                                        )      ORDER AUTHORIZING PROCESS SERVER
13  vs.                                 )      TO LEVY EXECUTION PURSUANT TO
                                        )      C.C.P. § 699.080
14  HUNG VI LU, individually and dba After)
    Dark Bar & Lounge; VAY VOONG,       )
15  individually and dba After Dark Bar &)
    Lounge;                             )
16                                      )
              Defendants.               )
17  ──────────────────────────────────  )

18        Based upon the Declaration of David J. Cook, Esq., and finding that Attorney Service of

19  San Francisco is a registered process server, having filed a certificate of registration with the

20  County Clerk, San Francisco County Superior Court, and otherwise authorized to perform the

21  services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process

22  server would serve the interest of justice in relieving the United States Marshal from effectuating

23  certain types of services necessary to effectuate collection of the Judgment herein, and furthermore

24  finding that the use of a process server is routine in the enforcement of a Judgment, and authorized

25  by California law, which is applicable herein under Fed.R.Civ.Pro. 69 and Bkrtcy.C. § 7069, and

26  upon ex parte application, and for good cause appearing, therefore,

27        IT IS HEREBY ORDERED that Plaintiff may employ the services of Attorney Service of

28  San Francisco to perform the duties and responsibilities of a levying officer as defined under

    C.C.P. § 699.080.

1    IT IS FURTHER ORDERED that Attorney Service of San Francisco shall comply with the

2  requirements of the California Code of Civil Procedure in the enforcement of judgments,

3  consistent with and in conformity to C.C.P. § 699.080.

4

5  DATED: 12/22/2010

6                                                CHARLES R. BREYER
                                                 UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080
CASE NO. C 10-02059-CRB                                                              2